UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS SANCHEZ-HERNANDEZ,

                Petitioner,

-v.-

3101 DITMARS BOULEVARD and CVS ALBANY, LLC,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2024

23 Civ. 10194 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    On January 17, 2024, the Court issued an Order to Show Cause why this case should not be transferred to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).  *See* ECF No. 8 (noting that "all of the events and omissions giving rise to Plaintiff's claims appear to have occurred in Queens, New York").  The Court has been informed that no party opposes transfer to the Eastern District of New York.  *See* ECF No. 9.

    Accordingly, pursuant to 28 U.S.C. § 1404(a), the Court hereby transfers this case to the United States District Court for the Eastern District of New York.  The Clerk of Court is directed to transfer the case to the Eastern District of New York and to close the case here.  The waiting period set forth in Local Rule 83.1 is waived.

    SO ORDERED.

Dated: January 22, 2024
       New York, New York

*[Signature]*
JENNIFER H. REARDEN
United States District Judge